# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Petitioner,

vs.

THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
LYNNE K. SIMONS, DISTRICT JUDGE,
Respondents,

and

NATHANIEL CHARLES HARRIEL,
Real Party in Interest.

No. 78591

FILED

OCT 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus or prohibition challenges a district court's order bifurcating a criminal trial. Having considered the petition and the real party in interest's answer to the petition, we conclude that our extraordinary and discretionary intervention is not warranted. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition); *State ex rel. Dep't Transp. v. Thompson*, 99 Nev. 358, 362, 662 P.2d 1338, 1340 (1983). Accordingly, we

ORDER the petition DENIED.

_____Pickering_____, J.
Pickering

_____Parraguirre_____, J.
Parraguirre

_____Cadish_____, J.
Cadish

19-43759

cc:   Hon. Lynne K. Simons, District Judge
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe County Public Defender
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A